UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ELAINE BROWN,

    Plaintiff,

    v.                                           Case No: 12-C-1304

SURETY PRO PHARMACY LLC,

    Defendant.

---

## ORDER FOR DISMISSAL

Based on the stipulation for voluntary dismissal signed by all the parties on November 15, 2013,

IT IS ORDERED:

The action against Surety Pro Pharmacy, LLC is dismissed with prejudice and without costs to any party.

Dated this 18th day of November, 2013.

BY THE COURT:

_____
Rudolph T. Randa
United States District Judge